FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAR -7 AM 10: 49

CLERK____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GARRATT EUGENE ROYALTY, | )<br>)<br>) CIVIL ACTION FILE NO.: |
| Plaintiff, | ) 1:18-CV-00051-JRH-BKE<br>)<br>) |
| vs. | )<br>) |
| DR. ROBERT WILLIAMS; KRYSTAL JOHNSON; and HEATHER ASHLEY | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

By motion of Defendants Dr. Robert Williams, M.D., Krystal Johnson, LPN and Heather Ashley, LPN, in order to protect the private and confidential information located in the medical records of Plaintiff Garratt Eugene Royalty from view by the general public, it is hereby ordered that the certified medical records of Plaintiff shall be filed under seal.

IT IS SO ORDERED, this 7th day of March, 2019.

Brian K. Epps
United States Magistrate Judge