IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GARRATT EUGENE ROYALTY, | ) |
| Plaintiff, | ) |
| v. | ) CV 118-051 |
| DR. ROBERT WILLIAMS; KRYSTAL JOHNSON; and HEATHER ASHLEY, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motions for summary judgment, (doc. nos. 45, 47), and **DISMISSES** this case without prejudice under the conditions described in the Report and Recommendation, (doc. no. 61, pp. 5-6). The Court **DIRECTS** the Clerk to terminate all pending motions and deadlines, enter an appropriate judgment, and **CLOSE** this case.

SO ORDERED this 21st day of May, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA